MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Donald Gieseke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

PATMONT MOTOR WERKS, INC.,

Debtor(s).
_____

DONALD GIESEKE, Chapter Seven Trustee,

    Plaintiff

vs.

PATMONT MOTOR WERKS, INC., STEVEN PATMONT, HANNALORE PATMONT aka HANNELORE PATMONT

    Defendant(s)
_____/

BK-N- 12-52799-btb
CHAPTER 7

Adv. No. 15-

**ADVERSARY COMPLAINT**

COMES NOW Plaintiff, Donald Gieseke, Trustee of the estate of the Debtor above-named, by and through undersigned counsel, and for his claims for relief against the Defendants hereby avers as follows:

**Jurisdictional Allegations**

1. The above-named case was commenced by the filing of a Voluntary Petition for Relief under Chapter 11 of title 11, United States Code, by Patmont Motor Werks, Inc., on December 14, 2012.

1

2. On November 12, 2014 this Court entered an Order converting the case to one under Chapter Seven. Donald Gieseke was appointed as the Chapter Seven Trustee.

3. This adversary proceeding arises under Title 11, United States Code, or in the case aforesaid under said Title 11, and that the above-entitled court therefore has jurisdiction over this matter pursuant to Sections 157 and 1334 of Title 28, United States Code.

4. This adversary proceeding is brought pursuant to Sections 547 and 550 of Title 11, United States Code, Section 157 of Title 28, United States Code, and Rule 7001 of the Federal Rules of Bankruptcy Procedure, and is therefore a core proceeding.

5. In accordance with LR 7008.1(a), Plaintiff consents to entry of a final order or judgment by the Bankruptcy Court.

6. Venue of this proceeding is appropriate pursuant to the provisions of Title 28 U.S.C. Section 1409(a).

7. Defendant, Patmont Motor Werks, Inc., is the Debtor in the above-named case.

8. Defendant, Steven Patmont, is the president of Patmont Motor Werks, Inc., and he owns 50% of the capital stock.

9. Defendant, Hannalore Patmont aka Hannelore Patmont (herein Hannalore Patmont), is the treasurer of Patmont Motor Werks, Inc., and she owns 50% of the capital stock.

### General Allegations

10. The Plaintiff incorporates the allegations contained in the preceding paragraphs as though set forth in full herein.

11. Steven and Hannalore Patmont made capital investments to Patmont Motor Werks in the total amount of $2,173,628.92 prior to December 14, 2012.

12. Sometime after January 1, 2012 Patmont Motor Werks paid the sum of $113,000.00 to Steven and Hannalore Patmont.

13. The $113,000.00 payment was for the purpose of repaying the capital investments previously contributed by Steven and Hannalore Patmont.

### FIRST CLAIM FOR RELIEF

2

**Preference 11 U.S.C. §547**

14. The Plaintiff incorporates the allegations contained in the preceding paragraphs as though set forth in full herein.

15. Steven Patmont is an insider of the Debtor as that term is defined by 11 U.S.C. §101(31).

16. Hannalore Patmont is an insider of the Debtor as that term is defined by 11 U.S.C. §101(31).

17. As of January 1, 2012 Patmont Motor Werks owed Steven and Hannalore Patmont in excess of $2,000,000.00 on an antecedent debt.

18. Sometime after January 1, 2012 but before December 14, 2012 Steven and Hannalore Patmont received payment of $113,000.00 from Patmont Motor Werks.

19. This transfer was made while Patmont Motor Werks was insolvent.

20. This transfer was made on or within one year before the filing of the petition herein.

21. This transfer enabled Steven and Hannalore Patmont to receive more money than they would have received had this been a case under Chapter 7 of Title 11, United States Code, had such transfer not been made and said Defendants received payment of the Debtor's indebtedness to the extent provided by the provisions of said Title 11.

22. That by reason of the foregoing, Plaintiff may avoid and recover said transfer pursuant to Section 547(b) of Title 11, United States Code.

**SECOND CLAIM FOR RELIEF**
**11 U.S.C. §550**

23. The Plaintiff incorporates the allegations contained in the preceding paragraphs as though set forth in full herein.

24 That by reason of the foregoing, Plaintiff may recover, for the benefit of the estate, the property transferred, or, if the Court so orders, the value of such property, from the Transferees pursuant to the provisions of 11 U.S.C. §550(a).

3

**WHEREFORE**, Plaintiff prays for Judgment against the Defendants above named as follows:

1. On the FIRST claim for relief, for avoidance and recovery of the $113,000.00 paid by Patmont Motor Werks to Steven and Hannalore Patmont.

2. On the SECOND claim for relief, for avoidance and recovery of the $113,000.00 paid by Patmont Motor Werks to Steven and Hannalore Patmont.

3. For such other and further relief as this Court may deem proper.

Dated: This 23 day of June, 2015

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

4